**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01672-CR
No. 05-13-01720-CR

**FRANCISCO JAVIER ESCOBAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-59278-M, F11-71776-M**

## ORDER

The Court **REINSTATES** the appeals.

On March 4, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On April 22, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the March 4, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    DAVID EVANS
        JUSTICE